FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 20  PM 4: 36

CLERK
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV 205-158 |
| | ) |
| LESLIE ERNEST GORDON, | ) |
| KEVIN TERRELL JACKSON, | ) |
| CANDELARIO NEVAREZ-DIAZ, | ) |
| BRUCE BERNARD TOWNSEND, | ) |
| and CHARLES MASON | ) |
| WHITLEY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Government's *Ex Parte* Motion to Seal Plaintiff's Supplemental Exhibits #1-#5. After careful consideration, the Government's motion is **GRANTED**.

Accordingly, the Clerk is hereby **DIRECTED** to **SEAL** Government's Supplemental Exhibits #1-#5.

**SO ORDERED**, this 20th day of September, 2006.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA